Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-23135-BAM |
| | Chapter 13 |
| RAYMOND MARTINEZ and MARY F. MARTINEZ | **OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Debtor(s). | Hearing Date:  December 1, 2009 |
| | Hearing Time: 1:30 p.m. |

COMES NOW Debtor(s), RAYMOND MARTINEZ and MARY F. MARTINEZ by and through counsel, Randal R. Leonard, Esq., and hereby opposes creditor WELLS FARGO BANK, N.A.'s Motion for Relief from Automatic Stay.  This Opposition is based upon the pleadings and papers in file herein and the Memorandum of Points and Authorities attached hereto.

Dated this 20th day of November, 2009.

/s/ Randal R. Leonard
Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor(s)

## MEMORANDUM OF POINTS AND AUTHORITIES

Creditor Wells Fargo Bank, N.A., claims that Debtors are behind post-petition on their Note obligations secured by a Lien.

Debtor disputes Creditor's claims as to the amount debtor owes in monthly payments, late charges, and attorney's fees and costs. Nevertheless, should the claims prove true, Debtor requests that the Court enter an Adequate Protection Order based upon the following:

1.     That the Debtor commences the regular monthly mortgage payments.

2.     That the Debtor cures the monthly payment arrears over a six month period in equal installments.

3.     That the Debtor be given a 15-day default letter should the Debtor default in payments.

4.     Reasonable attorney's fees and costs.

11 U.S.C. § 362(d) governs motions to lift the automatic stay. It states that the stay shall not lift unless the party requesting relief can show (1) cause including a lack of adequate protection or (2) that the property involved does not have equity and the property is not necessary for an effective reorganization.

In this matter, the APO should protect the Creditor. Therefore, Debtors submit that the stay should not lift at this time.

/ / /

/ / /

/ / /

In the alternative, should the claims prove true, Debtor further requests that if the Creditor has already commenced foreclosure proceedings against Debtor's property by filing a Notice of Default or Notice of Breach with the County Recorder, that the Creditor be required to initiate the foreclosure process again by filing the Notice of Default or Notice of Breach anew.

Dated this 20th day of November, 2009.

/s/ Randal R. Leonard
Randal R. Leonard, Esq.
Nevada Bar No. 006716
509 South Seventh Street
Las Vegas, NV 89101
(702) 598-3667
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2009 I sent via electronic means and first class mail, postage pre-paid, the foregoing **OPPOSITION TO MOTION FOR RELIEF FROM STAY** to the following:

*via electronic means:*

ecfmail@LasVegas13.com
Rick A. Yarnall
*Chapter 13 Trustee*

bk@wildelaw.com
Gregory L. Wilde
*Attorney for Wells Fargo, N.A.*

*via first class mail, postage pre-paid:*

Wells Fargo Bank, N.A.
Attn: Bankruptcy Manager, Officer, Managing or General Agent
One Home Campus, MAC# X2302-045
Des Moines, IA 50328


                                        /s/ Randal R. Leonard
                                        Randal R. Leonard, Esq
                                        Nevada Bar No. 006716
                                        509 South Seventh Street
                                        Las Vegas, NV 89101
                                        (702) 598-3667
                                        Attorney for Debtor(s)